IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

JULIE GIVENS,

    Plaintiff,

v.                                CIVIL ACTION NO. _____

RHN CLARK MEMORIAL HOSPITAL, LLC,
d/b/a CLARK MEMORIAL HEALTH, d/b/a
CLARK MEMORIAL HEALTH
JEFFERSONVILLE, and
UNKNOWN DEFENDANTS

    Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a) and 1441(a), and Local Rule 81-1, Defendant, RHN Clark Memorial Hospital, LLC, d/b/a Clark Memorial Health d/b/a Clark Memorial Health Jeffersonville ("Clark Memorial"), by counsel, hereby files this Notice of Removal to remove the instant civil action to this Court. In support, Clark Memorial states as follows:

### INTRODUCTION AND BACKGROUND FACTS

1.     The above-named Plaintiff, Julie Givens, filed a state court lawsuit against Clark Memorial, and other unnamed, fictitious defendants,[1] on July 25, 2023, in the Clark Superior Court No. 6, in Clark County, Indiana.

---

[1] In determining whether a civil action is removable under Section 1331(a), the citizenship of defendants sued under fictitious names shall be disregarded. 28 U.S.C. § 1441(b)(1).

2. In her lawsuit, Ms. Givens asserts claims sounding in premises liability, claiming that on August 4, 2021, she "stepped on a rug that was covering a wet spot" while present on the premises of 1220 Missouri Ave., Jeffersonville, Clark County, Indiana. (Complaint at 10).

3. Ms. Givens seeks compensatory damages and prejudgment interest.

4. Clark Memorial was first served with a copy of the Summons and Complaint on or about August 1, 2023.

### COMPLIANCE WITH REMOVAL STATUTES AND LOCAL RULES

5. This Notice of Removal is brought pursuant to U.S.C. §§ 1332(a), 1441(a) and 1446. Clark Memorial removes the case to this Court.

6. Removal of this case is appropriate pursuant to U.S.C. §§ 1332(a), as diversity of citizenship exists between the Parties, and the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs. Specifically:

  i. As to diversity of citizenship,
     1. Plaintiff Julie Givens is a resident of Indiana, and
     2. Defendant RHN Clark Memorial Hospital, LLC is a Delaware limited liability company with two members: LifePoint Health, Inc., a Delaware Corporation, and Norton Healthcare, Inc., a Kentucky Corporation.

  ii. As to amount in controversy,
     1. In a case for monetary damages, "the appropriate focus in determining the amount in controversy is on plaintiff's assessment of the value of the case." *Chase v. Shop N' Save Warehouse Foods*, 110 F.3d 424, 428 (7th Cir. 1997).

2. Counsel for Ms. Julie Givens has confirmed to the undersigned via telephone that Ms. Givens is claiming damages in excess of $75,000.00, exclusive of interests and costs. The jurisdictional amount requirement is therefore satisfied.

7. This Notice of Removal is filed in compliance with 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after Clark Memorial was served with a copy of the Summons and the Complaint.

8. Therefore, removal of the entire action is appropriate pursuant to 28 U.S.C. § 1441.

9. Pursuant to 28 U.S.C. § 1441(a), venue is proper in this Court because Clark County is served by the Southern District of Indiana, New Albany Division.

10. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Clark Memorial or filed by Clark Memorial to date in the state court action, along with the docket sheet, are attached hereto as **Exhibit A.**

11. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Clark Memorial has seven (7) days from the date this Notice of Removal is filed to file a response to the Complaint.

12. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing and a copy of this Notice of Removal is also being simultaneously filed with the Clark Superior Court No. 6, Clark County, Indiana, a copy of which, without exhibits, is attached hereto as **Exhibit B**, and this Notice of Removal is being served per the Certificate of Service.

## CONCLUSION

13. Therefore, Clark Memorial hereby gives notice pursuant to U.S.C. §§ 1332(a), 1441(a) and 1446 of the removal of the instant case from the Clark Superior Court No. 6 in Clark

County, Indiana, to the United States District Court for the Southern District of Indiana, New Albany Division.

**WHEREFORE,** Defendant, RHN Clark Memorial Hospital, LLC, d/b/a Clark Memorial Health d/b/a Clark Memorial Health Jeffersonville, respectfully requests that this action be removed to this Court.

Respectfully submitted,

/s/ *Nicholas G. Brunette*
Nicholas G. Brunette, #27042-49
Steven B. Lowery, #35834-22
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN  46268
T: 317-663-8570/ F: 317-228-0943
nbrunette@reminger.com
slowery@reminger.com
*Counsel for Defendant, RHN Clark Memorial Hospital, LLC d/b/a Clark Memorial Health d/b/a Clark Memorial Health Jeffersonville*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically this 30th day of August, 2023 via the Court's CM/ECF E-Filing system, and that notice of this filing will be provided to all counsel of record, to include:

Ryan Russell
POWELL KLAUSING PLLC
130 St. Matthews Avenue, suite 301
Louisville, KY 40207
Ryan@powell.law
*(Counsel for Plaintiff)*

/s/ *Nicholas G. Brunette*
Nicholas G. Brunette, #27042-49
REMINGER CO., LPA