IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION


JULIE GIVENS,


     Plaintiff,


v.                                         CASE 4:23-cv-00150-TWP-KMB


RHN CLARK MEMORIAL HOSPITAL, LLC,
d/b/a CLARK MEMORIAL HEALTH, d/b/a
CLARK MEMORIAL HEALTH
JEFFERSONVILLE, and
UNKNOWN DEFENDANTS


     Defendants.


## AGREED ORDER OF DISMISSAL


Upon Agreement of the Plaintiff, Julie Givens, and Defendants, RHN Clark Memorial Hospital, LLC d/b/a Clark Memorial Hospital d/b/a Clark Memorial Health Jeffersonville, to include "Unknown Defendants," and with the Court being otherwise sufficiently advised:

**The stipulation is approved and it is ORDERED** that this action and all claims asserted herein against all Defendants are **DISMISSED** in their entirety with prejudice. Each party shall bear their own costs herein. This matter may now be removed from the Court's docket.


    Date: 6/7/2024

                                        Hon. Tanya Walton Pratt, Chief Judge
                                        United States District Court
                                        Southern District of Indiana

**HAVING SEEN AND AGREED:**

/s/ *Steven B. Lowery*
Steven B. Lowery
Nicholas Brunette
REMINGER CO., L.P.A.
730 West Main Street, Suite 300
Louisville, KY 40202
E-mail: slowery@reminger.com
T: 502-625-7306
*Counsel for Defendant*


/s/ *Ryan Russell  (w/ permission)*
Ryan Russell
POWELL KLAUSING PLLC
130 St. Matthews Ave., Suite 301
Louisville, KY 40207
E-mail: ryan@powell.law
*Counsel for Plaintiff*




Distribution to all electronically
registered counsel of record via
CM/ECF